IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROCHELE C. FRETT,

    Plaintiff,

      v.

JANET NAPOLITANO
Secretary, U.S. Department of
Homeland Security,

    Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-2142-TWT

## ORDER

    This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action for failure to exhaust administrative remedies and failure to comply with a Court Order. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

    SO ORDERED, this 2 day of January, 2014.

                      /s/Thomas W. Thrash
                      THOMAS W. THRASH, JR.
                      United States District Judge